■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHUSHAWNA BARRACKS, Appellant. [963 NYS2d 874]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Adler, J.), rendered November 6, 2008, convict-

ing her of tampering with physical evidence, resisting arrest, and obstructing governmental administration, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find the evidence was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's remaining contention is without merit. Rivera, J.P., Dickerson, Leventhal and Roman, JJ., concur.